IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISTEN E. JONES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-03-2286 |
| § | |
| BILL WHITE, CITY OF HOUSTON, § | |
| SHIRLEY DELIBERO, *et al.*, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

In accordance with the memoranda and opinions entered in this case and the Order Granting Permanent Injunction Against City of Houston entered on October 31, 2006, (Docket Entry No. 155), final judgment is entered as follows:

The Order Granting Permanent Injunction Against City of Houston continues in effect.

The City of Houston must pay $100.00 to Kristen E. Jones as nominal damages under Texas Human Resources Code § 121.004(b), together with taxable costs under Fed. R. Civ. P. 54(d).

The City of Houston is liable for postjudgment interest at the rate of 4.98% per annum.

Jones may file her motion for attorneys' fees and related nontaxable expenses no later

than 14 days after this judgment is entered.

    This is a final judgment.

        SIGNED on January 16, 2007, at Houston, Texas.

                      Lee H. Rosenthal
                      United States District Judge