IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTEN E. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-03-2286 |
| | § | |
| BILL WHITE, CITY OF HOUSTON, | § | |
| SHIRLEY DELIBERO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### AMENDED MEMORANDUM AND ORDER ON PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND AND THE CITY'S MOTION TO RETAX COSTS

On August 22, 2007, this court issued a lengthy opinion granting Jones's application for attorneys' fees and expenses and ruling on the City's motion to retax costs. (Docket Entry No. 170). The conclusion and order section of that opinion specified the attorneys' fees and costs of court Jones was entitled to receive but inadvertently omitted the expert witness fees of $87,506.

Docket Entry No. 170 is amended. The "Conclusion and Order" section is vacated and the following language substituted:

> **III. Amended Conclusion and Order**
>
> The City's motion to retax Jones's bill of costs is granted in part to remove delivery charges ($997.40) and postage expenses ($26.46). (Docket Entry No. 165). The remainder of the costs are allowed, in the amount of $5,682.33. Jones's

       application for attorneys' fees is granted with no adjustment of
       the lodestar amount. (Docket Entry No. 163). Jones is awarded
       attorneys' fees in the amount of $265,769.15 and expert fees in
       the amount of $87,506.

SIGNED on August 22, 2007, at Houston, Texas.

                                                    Lee H. Rosenthal
                                          United States District Judge